JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARNELL LOWE,<br><br>                Petitioner,<br><br>       v.<br><br>UNITED STATES,<br><br>                Respondent. | Case No. 2:21-cv-7593-FLA (MARx)<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Dismissing The Action, **IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: December 27, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge